UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

IBF COLLATERALIZED FINANCE CORPORATION
ETC.,

                              Plaintiff,    ORDER OF
                                                 DISCONTINUANCE

      - against -                 CV 2002-5694 (NG)(MDG)

1970 ASSET MANAGEMENT COPR., et al.,

                              Defendant.

- - - - - - - - - - - - - - - - - - - -X

       The parties having advised the Court that they have reached an agreement to settle this action, it is hereby

       ORDERED, that this action is discontinued without costs and with prejudice, but with leave to reopen within thirty(63) days if the agreement is not consummated.

Dated:    Brooklyn, New York
          February 19, 2004

                                                    NIN
                                                    UNI                  JUDGE


RECEIVED
In Chambers of
U.S.D.J. Gershon

FEB 0 9 2004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# memorandum

TO: Honorable Nina Gershon
United States District Judge

FROM: Marilyn Dolan Go, U.S. Magistrate Judge

RE: IBF COLLATERALIZED FINNANCE CORPORATION ETC. V. EDWARD T. STEIN, CV 2002-5693
IBF COLLATERALIZED FINANCE CORPORATION ETC. V. 1970 ASSET MANAGEMENT COPR., et al., CV 2002-5694

DATE: February 6, 2004

Please be advised that the parties have agreed to settle. I am enclosing a copy of a letter from plaintiff's attorney and two proposed orders of discontinuance authorized by the parties.

Respectfully submitted,

MARILYN DOLAN GO
United States Magistrate Judge

Copies sent to:

Docket Clerk